**JS-6**

FILED
CLERK, U.S. DISTRICT COURT
January 16, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SINA KIANPOUR,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO, WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 2:17-cv-01757 SJO (GJSx)<br><br>**JUDGMENT ON DEFENDANT WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT** |

The Court having entered, On January 16, 2018, its Order Granting Motion for Summary Judgment in its entirety and as to all of Plaintiff's claims,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. This entire action and each of Plaintiff's claims are dismissed with prejudice.

2. Judgment is entered in favor of Defendant Wells Fargo Bank, N.A. and against Plaintiff Sina Kianpour.

/ / /

3. Defendant Wells Fargo Bank, N.A. is the prevailing party in this action and is entitled to costs pursuant to Fed. R. Civ. P. 54(d).

DATED: January 16, 2018       By: _____
                                  Honorable S. James Otero
                                  Judge of the U.S. District Court