# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:17-cv-01757-RGK-GJS | Date | February 7, 2022 |
|---|---|---|---|
| Title | *Sina Kianpour v. Wells Fargo, et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause Why Plaintiff Should not be Declared a Vexatious Litigant**

According to court records, this matter was resolved on May 31, 2019, by the Ninth Circuit Court of Appeal, which affirmed the order granting summary judgment in favor of Defendant. Since then, Plaintiff has attempted multiple times to have the judgment reconsidered and vacated. At each instance, Plaintiff's attempts were denied as improper. The Court finds that under all relevant law, the time has long since passed for any additional request for relief in this case. Nonetheless, Plaintiff has continued the quest by way of the numerous attempted filings. In its most recent orders, the Court admonished Plaintiff that it would not accept further attempts by Plaintiff to file documents in this matter. (*See* Docket Entries 167-171.) Despite these orders, Plaintiff recently attempted, once again, to file additional documents seeking to transfer this case to another judge.

In light of the foregoing, the Court hereby orders Plaintiff to show cause in writing why Plaintiff should not be declared a vexatious litigant, with a Prefiling Order entered against Plaintiff. Plaintiff's response shall be filed no later than **February 18, 2022**, and restricted to **five (5) pages** in length

**IT IS SO ORDERED.**

_____ : _____